```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

**LAWRENCE CHAMBERLAIN**                    *

        Plaintiff                   *

        vs.                         *  CASE NO. 3:09-CV-10809

**R.J. REYNOLDS TOBACCO COMPANY,**          *
**Individually and as Successor**
**By Merger to the BROWN &**                *
**WILLIAMSON TOBACCO CORPORATION,**
**and LORILLARD TOBACCO COMPANY**           *

        Defendants                  *

\*    \*    \*    \*    \*    \*    \*    \*    \*

<u>JUDGMENT</u>

This action came on for trial before the Court and a jury, Honorable Marvin J. Garbis, United States District Judge, presiding. After the presentation of evidence, argument, and the Court's charge to the jury, a Verdict form was submitted to the jury for their consideration, and a verdict was duly rendered on November 15, 2013.

There being no just cause for delay:

    1.    Judgment shall be, and hereby is, entered in favor of Defendants, R.J. Reynolds Tobacco Company, Individually and as Successor by Merger to The Brown & Williamson Tobacco Corporation, and Lorillard Tobacco Company, against Lawrence Chamberlain dismissing all

claims with prejudice, the parties to bear their own respective costs.[1]

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on Tuesday, November 19, 2013.

/s/
Marvin J. Garbis
United States District Judge

---

[1] Due to the closeness and difficulty of the issues decided, Plaintiff's good faith in pursuing the action, and the grossly disparate economic status of the parties.