UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LAWRENCE CHAMBERLAIN           *

       Plaintiff              *

   vs.                        *   CASE NO. 3:09-CV-10809

R.J. REYNOLDS TOBACCO COMPANY, *
Individually and as Successor
By Merger to the BROWN &       *
WILLIAMSON TOBACCO CORPORATION,
and LORILLARD TOBACCO COMPANY  *

       Defendants             *

*    *    *    *    *    *    *    *    *

## AMENDED JUDGMENT

The Court has issued herewith the Memorandum and Order Re: Costs and Fees and hereby amends the Judgment herein to provide:

1. Judgment shall be, and hereby is, entered in favor of Defendants, R.J. Reynolds Tobacco Company, Individually and as Successor by Merger to The Brown & Williamson Tobacco Corporation, and Lorillard Tobacco Company, against Lawrence Chamberlain dismissing all claims with prejudice with costs and with an award of legal fees in the amount of $53,100 to each of the said two defendants, a total of $106,200.

2. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on <u>Wednesday, May 28, 2014</u>.

                                                /s/_____
                                        Marvin J. Garbis
                              United States District Judge